IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **EUGENE ARNOLD GADDIS** | * |
| **Plaintiff** | * |
| v. | *   Case No. 3:05CV0085 JLH |
| **JIM ORBY CRUM** | * |
| **Defendant** | * |

## ORDER

On May 5, 2005, Plaintiff filed this action while confined to the Poinsett County Jail (docket entry #2). A copy of the Magistrate's May 27, 2005 Order (docket entry #3) granting Plaintiff's request to proceed *in forma pauperis* and addressed to Plaintiff at the county jail was returned as undeliverable on June 7, 2005 (docket entry #4). There has been no further activity on the docket. Plaintiff has failed to comply with Local Rule 5.5(c)(2) by keeping the Court apprised of his most current address.

IT IS THEREFORE ORDERED that, pursuant to Local Rule 5.5(c)(2), Plaintiff's Complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this __13th__ day of September, 2005.

_____
UNITED STATES CHIEF DISTRICT JUDGE