**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| **EUGENE ARNOLD GADDIS** | * | |
| **Plaintiff** | * | |
| v. | * | Case No. 3:05CV0085 JLH |
| **JIM ORBY CRUM** | * | |
| **Defendant** | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this __13th__ day of September, 2005.

_____
UNITED STATES CHIEF DISTRICT JUDGE